DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

SHEN, HONGRU

Chapter 13
Case No. 12-59044 ASW

FIRST AMENDED TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF SERVICE

Confirmation Date: N/A – Trustee's Pending List

Judge: Arthur S. Weissbrodt

Debtor(s)

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. Pursuant to Section 7 of the plan, the debtor will submit a loan modification for Indymac Bank (account #0433 and account #1008) and the loan modification will account for the pre-petition arrears owed to said creditors. The Trustee requests the debtor file an Amended Plan to remove Indymac Bank (account #0433 and account #1008) from Section 2(b) of the Plan.

2. There appears to be a violation of Section 1322(d) in that the term of the plan exceeds 60 months. The term is over 600 months.

3. Pursuant to the "Guidelines Regarding Residential Loan Modifications in Chapter 13 Plans for the San Jose and San Francisco Divisions," the debtor is required to file and serve a declaration of the Chapter 13 Trustee providing certain information about loan modifications for the first mortgage loans secured by a debtor's residence. The deadline for filing the declaration is the §341 meeting. No declaration has been filed by this deadline and it appears from the plan that the debtor is proposing to modify a first mortgage loan on a residence. The Trustee requests the debtor provide her with the declaration required by the guidelines.

4. The Trustee requests a copy of the debtor's 2012 federal income tax return.

5. At the Section 341 Meeting of Creditors held on February 8, 2013, the debtor testified that he made a preference payment to Jiang Yue in the amount of $4,000.00 in September 2012. If these funds were recovered, general unsecured creditors would receive $1,800.00, therefore, the Trustee requests the debtors file an Amended Plan to add the following language to Section 7, "Notwithstanding Section 2(b), general unsecured creditors shall receive a minimum of $1,800.00."

Dated: March 7, 2013 /S/ Devin Derham-Burk

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within First Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 8, 2013.

Said envelopes were addressed as follows:

| HONGRU SHEN | THE LAW OFFICES OF DAVID A BOONE |
|---|---|
| 1972 COLONY ST | 1611 THE ALAMEDA |
| MOUNTAIN VIEW CA 94043 | SAN JOSE CA 95126 |

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee